

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00377-CV

| | | |
|---|---|---|
| DAISY CHOU, Appellant | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-332744-22) |
| V. | § | November 17, 2022 |
| ACCLAIM PHYSICIAN GROUP, INC., Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach